# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JEANETTE A. SPOOR,

    Plaintiff,

v.                                     Case No: 8:15-cv-2279-T-30TBM

NAZIR HAMOUI, AURORA
DIAGNOSTICS, LLC, OPTIMUM
OUTCOMES, INC. and GULF COAST
COLLECTION BUREAU, INC.,

    Defendants.

## ORDER

THIS CAUSE is before the Court on Defendant Nazir Hamoui's Motion to Sever Claims (Dkt. 4). The motion was filed in state court on September 16, 2015. The case has since been removed to this Court. Upon review of the motion and consideration of the relevant authorities, the Court concludes that the motion should be denied without prejudice.

Middle District of Florida Local Rule 3.01(a) requires that all motions filed with the Court contain a statement of the basis for the relief requested and a memorandum of legal authority in support of that request. Although Hamoui's motion does contain a short legal memorandum, that memorandum cites only Florida law. Once removed to this Court, however, federal law governs the request. *See* Fed. R. Civ. P. 21; *see also Ingram v. CSX*

*Transp., Inc.*, 146 F.3d 858, 861 (11th Cir. 1998) (noting that after removal court should apply federal law to questions of joinder and severance).

Hamoui's motion fails to supply a memorandum of relevant legal authority. It is therefore ORDERED AND ADJUDGED that:

1. Defendant Hamoui's Motion to Sever (Dkt. 4) is DENIED WITHOUT PREUDICE.

2. Should the motion again become ripe, Defendant may re-file in conformity with the Local Rules for the United States District Court for the Middle District of Florida.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of November, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record